# Devices - Highland Heights OH PD

**Name**
Adrian MI PD (4 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
Akron OH (JCC Wing Cameras) (49 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Akron OH PD (145 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Alcoa TN PD (12 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Anderson PD IN (39 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
ATF Nashville TN (1 cameras)
**Relationship**
Access
**Search**

DEFENDANT'S
EXHIBIT

**8**

1:22-cr-00615

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Aurora OH PD (7 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Avon IN PD (6 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Avon Lake OH PD (10 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Avon Lake OH PD (FLEX) (1 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Bainbridge Township OH PD (2 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Baldwin County GA SO (40 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Baldwin County GA SO - RedSpeed (6 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Barberton OH PD (17 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Bath Township OH PD (10 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Bay Village OH PD (8 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Baytown TX PD (58 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Bedford OH PD (16 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Berea OH PD (7 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Bloomfield NM PD (5 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Blue Ash OH PD (36 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Bratenahl OH PD (10 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Brecksville OH PD (20 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Broadview Heights OH PD (8 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Brooklyn Heights OH PD (8 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Brooklyn Heights OH PD (CONDOR) (2 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Brooklyn OH PD (17 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Brunswick OH PD (10 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Bryan OH PD (7 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Bullitt County KY SO (4 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Butler Township OH PD (4 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Enabled

**Name**
Calhoun County AL SO (10 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Canfield OH PD (15 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Centerville OH PD (13 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Clearwater FL PD (21 cameras)
**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Cleveland Heights OH PD (20 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Cleveland OH Division of Police (100 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Clinton Township OH PD (12 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Cobb County GA PD (130 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Collier County FL SO (25 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Cuyahoga Falls OH PD (25 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Cuyahoga Falls OH PD (FLEX) (1 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Cuyahoga Heights OH PD (13 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Delhi Twp OH PD (16 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

East Cleveland OH PD (25 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

East Lancaster PID (8 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Eastlake OH PD (11 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Englewood OH PD (7 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Euclid OH PD (21 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Evendale OH PD (19 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Fairfield OH PD (44 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Fairmount IN PD (2 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Fairview Park OH PD (5 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Five Rivers MetroParks OH PD (5 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Forest Park OH PD (35 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Fort Worth TX PD (71 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Fort Worth TX PD PID #11 (4 cameras)
**Relationship**
Access
**Search**
Enabled
**Device Mgmt**
Disabled
**Hotlist Tool**
Disabled

**Name**
Fort Worth TX PD Wing Cameras (117 cameras)
**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Fulshear TX PD (35 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Gallia County OH SO (17 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Garfield Heights OH PD (19 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Garfield Heights OH PD (FLEX) (1 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Gates Mills Village OH PD (5 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Genoa Township OH PD (3 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

German Township (Clark Co) OH PD (5 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Golf Manor OH PD (4 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Goshen IN PD (18 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Grandview Heights OH PD (8 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Great Parks of Hamilton County OH PD (9 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Greater Cleveland Regional Transit Authority OH PD (3 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Green Township OH PD (32 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Grove City OH PD (31 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Groveport OH PD (10 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Hamilton County OH SO (37 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Hamilton OH PD (25 cameras)

**Relationship**

Access

**Search**

Enabled

Device Mgmt

Disabled

**Hotlist Tool**

Disabled

**Name**

Hazel Park MI PD (7 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Heath OH PD (10 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Enabled

**Hotlist Tool**

Enabled

**Name**

Highland Heights OH PD (6 cameras)

**Relationship**

Owner

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Houston PD (TX) (435 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Houston PD (TX) – Southwest MgmtD (40 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Hunting Valley OH PD (27 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Huron OH PD (5 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Independence OH PD (31 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Irondale AL PD (12 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Jackson Township OH PD (25 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Jasper County IN SO (2 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Kettering OH PD (10 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Kokomo IN PD (3 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Lake County OH SO (6 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Lakewood OH PD (50 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Lawrenceville GA PD (25 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Lyndhurst OH PD (7 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Macedonia OH PD (10 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Mahoning Twp PA PD (5 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Maple Heights OH PD (32 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Marysville OH PD (14 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Matteson IL PD (17 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Mayfield Village OH PD (4 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

McHenry County IL SO (11 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Medina County OH SO (6 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Medina OH PD (10 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Mentor OH PD (29 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Mentor on the Lake OH PD (3 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Middleburg Heights OH PD (20 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Enabled

**Hotlist Tool**

Enabled

**Name**

Middlefield OH PD (1 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Milton GA PD (20 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Monroe County MI SO (4 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Monroe GA PD (25 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Montgomery County OH SO (42 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Moreland Hills OH PD (6 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Muskingum County OH Falcons (9 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Muskingum County OH FLEX (1 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Navajo County AZ SO (0 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Newburgh Heights OH PD (8 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Niles OH PD (24 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

North Ridgeville OH PD (22 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

North Royalton OH PD (10 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Northfield OH PD (2 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Oakwood Village OH PD (6 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Ohio Attorney General's Office – OOCIC (Flex) (10 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Orange Beach AL PD (5 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Orange County FL SO (25 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Orange Village OH PD (9 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Parma Heights OH PD (12 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Peotone IL PD (1 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Pepper Pike OH PD (10 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Pittsboro IN PD (7 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Port Clinton OH PD (8 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Richfield OH PD (6 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Richland County SC SO (25 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Richmond Heights OH PD (7 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Rocky River OH PD (13 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Sarasota FL PD (31 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Sedgwick KS PD (4 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Senoia GA PD (10 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Seville OH PD (6 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Shaker Heights OH PD (7 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Solon OH PD (12 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

South Bend IN PD (45 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

South Euclid OH PD (15 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

South Russell OH PD (12 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

South Sioux City NE PD (39 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Springfield OH PD (36 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Springport Twp MI PD (1 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Enabled

**Hotlist Tool**

Enabled

**Name**

Sumner County TN SO (8 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Thornton CO PD (10 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Tipp City OH PD (8 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Titusville FL PD (15 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Toledo OH PD (95 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Tuscarawas County OH SO (FLEX) (9 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Twinsburg OH PD (12 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Ulysses KS PD (4 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

University of Toledo (30 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

USMS (Deactivated) (0 cameras)

**Relationship**

Access

**Search**

Disabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Vandalia OH PD (11 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Wadsworth OH PD (12 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Warrensville Heights OH PD (23 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Westlake OH PD (24 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Wichita Falls TX PD (10 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Wickliffe OH PD (4 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled

**Name**

Willoughby Hills OH PD (8 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Willoughby OH PD (10 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Enabled

**Name**

Willowick OH PD (3 cameras)

**Relationship**

Access

**Search**

Enabled

**Device Mgmt**

Disabled

**Hotlist Tool**

Disabled