# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:22-cr-00615 |
| ) | |
| Plaintiff, ) | Judge J. Philip Calabrese |
| ) | |
| v. ) | Magistrate Judge |
| ) | Jonathan D. Greenberg |
| LAWRENCE STURDIVANT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

On June 9, 2025, the Court issued its ruling on Defendant's motion to suppress, for which the Court held a hearing on May 7, 2025. To afford the parties an opportunity to review the decision, consider their options in light of it, and prepare appropriate actions in response, the Court determines that the case cannot be tried within the current speedy-trial deadline of July 20, 2025. In doing so, the Court finds that the ends of justice are served by tolling the running of the speedy-trial clock pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(i) and (ii) and outweigh the best interest of the public and Defendant in a speedy trial.

Based on the foregoing, the Court finds the period of time elapsing from June 9, 2024, through and including June 20, 2024, is properly and shall be excluded from the speedy trial calculation. As of the date of this Order, by the Court's calculation, twenty-eight (28) days have elapsed on the speedy-trial period set forth in 18 U.S.C. § 3161(c)(1).

1

**SO ORDERED.**

Dated: June 9, 2025

J. Philip Calabrese
United States District Judge
Northern District of Ohio